IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELIZABETH TURNER,

    Plaintiff,

v.

STATE OF OREGON,

    Defendant.

No. 3:25-CV-00409-SB

ORDER

**BAGGIO, District Judge:**

On July 10, 2025, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation ("F&R") (ECF 18) recommending that the Court DENY Plaintiff Elizabeth Turner's motion (ECF 16) for an injunction staying her Wasco County criminal prosecution, STAY this 42 U.S.C § 1983 action pending resolution of Plaintiff's criminal case, and ORDER Plaintiff to file a status report on her criminal case within 60 days. Plaintiff timely filed objections. (ECF Nos. 20 & 23).[1]

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. §§ 636(b)(1)(B), (C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or

---

[1] Because Plaintiff's Complaint was dismissed without service, and she has not filed an amended pleading, Defendant has not appeared in this case. *See* Order (ECF 11).

1 – ORDER

recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however, required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

Upon review, the Court agrees with Judge Beckerman's recommendation and ADOPTS the F&R (ECF 18) in full. Plaintiff's motion for an injunction staying her Wasco County criminal case (16) is DENIED. The above-captioned 42 U.S.C § 1983 matter is STAYED pending resolution of Plaintiff's criminal case, and Plaintiff is ORDERED to file a status report on her criminal case within 60 days of the date that this order is filed. Any pending motions are denied as moot.

IT IS SO ORDERED.

DATED this 25th day of July 2025.

*Amy M. Baggio*
_____
AMY M. BAGGIO
United States District Judge

2 – ORDER